B 250A
(8/96)

# United States Bankruptcy Court

Middle District Of Alabama

In re   Wayne Kirk                            ,  )
                Debtor                           )  Case No. 15-31300
                                                 )
                                                 )  Chapter 13
        Wayne Kirk                             ,  )
                Plaintiff                          )
                                                 )
        AC Auto Pay, LLC                       ,  )  Adv. Proc. No. 15-03080
                Defendant                         )

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:

> U.S. Bankruptcy Court
> Middle District of Alabama
> One Church Street
> Montgomery, AL 36104

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

> Joshua C. Milam
> Shinbaum Law Firm, P.C.
> 566 S Perry St
> Montgomery, AL 36104

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

August 13, 2015

Date

Digitally signed by Juan-Carlos Guerrero
Date: 2015.08.13 13:36:54 -05'00'

# CERTIFICATE OF SERVICE

I, _____Joshua C. Milam_____, certify that I am, and at all times during the
        (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made
_____ by:
        (date)

NOTE: If more space is needed, note "See Attached Page" in the appropriate box and add additional addresses to 3rd page of form.

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> AC Auto Pay, LLC
> c/o National Registered Agents, Inc.           See Attached Page
> 2 N Jackson St, Suite 605
> Montgomery, AL 36104

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of Alabama,
as follows: [Describe briefly]                                                                (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____          /s/ Joshua C. Milam
Date                             Signature

Print Name:
Joshua C. Milam

Business Address:
Shinbaum Law Firm
566 S Perry St
Montgomery, AL 36104

## Additional Addresses

| | | |
|---|---|---|
| AC Auto Pay, LLC<br>P.O. Box 40469<br>Denver, CO 80204 | Joseph Garibyan<br>Prober & Raphael<br>P.O. Box 4365<br>Woodland Hills, CA 91365 | |

```
                              United States Bankruptcy Court
                                Middle District of Alabama
Kirk,
           Plaintiff                                        Adv. Proc. No. 15-03080-DHW
AC Auto Pay, LLC,
           Defendant                CERTIFICATE OF NOTICE
```

District/off: 1127-2          User: rwalker          Page 1 of 1              Date Rcvd: Aug 13, 2015
                              Form ID: pdfPLA        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2015.
pla            +Wayne Kirk,   3354 Faro Dr,   Montgomery, AL 36110-1116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2015 at the address(es) listed below:
              Joshua C. Milam    on behalf of Plaintiff Wayne  Kirk jmilam@smclegal.com, smclegalecf@gmail.com
              Richard D. Shinbaum    on behalf of Plaintiff Wayne  Kirk rshinbaum@smclegal.com,
               smclegalecf@gmail.com
                                                                                             TOTAL: 2